Exhibit 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-362-209**

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 12, 2023

---

### Title

**Title of Work:** Dogtor

### Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 07, 2016
**Nation of 1st Publication:** United States

### Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

### Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

### Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

### Certification

**Name:** David Denholm

# TRUST ME



# I'M A DOGTOR

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-362-377

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023

---

### Title

| | |
|---|---|
| **Title of Work:** | Death Rides a Black Cat |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | October 22, 2017 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Joel Stephen Robinson |
| **Pseudonym:** | Obinsun |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Joel Stephen Robinson |
| | 1965 E 18th Street, Loveland, CO, 80538, United States |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Joel Stephen Robinson |
| **Email:** | obinsunart@gmail.com |
| **Address:** | 1965 E 18th Street |
| | Loveland, CO 80538 United States |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-364-049

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 28, 2023

---

## Title
_____

Title of Work: Spooky Pals

## Completion/Publication
_____

Year of Completion: 2018
Date of 1st Publication: June 19, 2018
Nation of 1st Publication: United States

## Author
_____

- Author: Joel Stephen Robinson
  Pseudonym: Obinsun
  Author Created: 2-D artwork
  Citizen of: United States
  Pseudonymous: Yes

## Copyright Claimant
_____

Copyright Claimant: Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions
_____

Name: Joel Stephen Robinson
Email: obinsunart@gmail.com
Address: 1965 E 18th Street
Loveland, CO 80538 United States

## Certification
_____

Name: David Denholm

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-362-398

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023

---

### Title

Title of Work: Ghost Of Disapproval

### Completion/Publication

Year of Completion: 2015
Date of 1st Publication: November 24, 2015
Nation of 1st Publication: United States

### Author

• Author: Joel Stephen Robinson
Pseudonym: Obinsun
Author Created: 2-D artwork
Citizen of: United States
Pseudonymous: Yes

### Copyright Claimant

Copyright Claimant: Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

### Rights and Permissions

Name: Joel Stephen Robinson
Email: obinsunart@gmail.com
Address: 1965 E 18th Street
Loveland, CO 80538 United States

### Certification

Name: David Denholm



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-362-309

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023

---

### Title

| | |
|---|---|
| **Title of Work:** | Candy Cane Cat |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | November 17, 2015 |
| **Nation of 1st Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Joel Stephen Robinson |
| **Pseudonym:** | Obinsun |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Joel Stephen Robinson |
| | 1965 E 18th Street, Loveland, CO, 80538, United States |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Joel Stephen Robinson |
| **Email:** | obinsunart@gmail.com |
| **Address:** | 1965 E 18th Street |
| | Loveland, CO 80538 United States |

### Certification

| | |
|---|---|
| **Name:** | David Denholm |



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-362-312**

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023

---

## Title

**Title of Work:** Cat Got Your Soul?

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 16, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-362-301

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023

---

## Title

**Title of Work:** Song Of The Llama

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** March 06, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-362-250**

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 12, 2023

---

## Title

**Title of Work:** Flabingo!

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** August 09, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-362-389

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023



### Title

**Title of Work:** This is Your Cat on Catnip

### Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 14, 2016
**Nation of 1st Publication:** United States

### Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

### Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

### Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

### Certification

**Name:** David Denholm

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-362-305**

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023

---

## Title

**Title of Work:** Cat Got Your Soul? II

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 27, 2015
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-362-251**

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 12, 2023

---

## Title

Title of Work: Enlightened Skull

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: November 22, 2016
Nation of 1st Publication: United States

## Author

- Author: Joel Stephen Robinson
  Pseudonym: Obinsun
  Author Created: 2-D artwork
  Citizen of: United States
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

Name: Joel Stephen Robinson
Email: obinsunart@gmail.com
Address: 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

Name: David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-362-397

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023

---

## Title

**Title of Work:** Dreaming of Destruction

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 18, 2015
**Nation of 1st Publication:** United States

## Author

● **Author:** Joel Stephen Robinson
**Pseudonym:** Obinsun
**Author Created:** 2-D artwork
**Citizen of:** United States
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-364-048

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 28, 2023

---

## Title

**Title of Work:** Pizza Wizzard

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 16, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm

Page 1 of 2



Pizza Wizzard

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-364-119

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 29, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Rad Rex |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | January 13, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Joel Stephen Robinson |
| **Pseudonym:** | Obinsun |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Joel Stephen Robinson |
| | 1965 E 18th Street, Loveland, CO, 80538, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Joel Stephen Robinson |
| **Email:** | obinsunart@gmail.com |
| **Address:** | 1965 E 18th Street |
| | Loveland, CO 80538 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-364-046

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 28, 2023

---

## Title
_____

**Title of Work:**   ROCK & ROLL SKULL

## Completion/Publication
_____

**Year of Completion:**   2017
**Date of 1st Publication:**   October 24, 2017
**Nation of 1st Publication:**   United States

## Author
_____

- **Author:**   Joel Stephen Robinson
  **Pseudonym:**   Obinsun
  **Author Created:**   2-D artwork
  **Citizen of:**   United States
  **Pseudonymous:**   Yes

## Copyright Claimant
_____

**Copyright Claimant:**   Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions
_____

**Name:**   Joel Stephen Robinson
**Email:**   obinsunart@gmail.com
**Address:**   1965 E 18th Street
Loveland, CO 80538 United States

## Certification
_____

**Name:**   David Denholm

Page 1 of 2



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-364-051

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 28, 2023

---

## Title
_____

**Title of Work:** This is Why We Can't Have Nice Things

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** May 15, 2016
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions
_____

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification
_____

**Name:** David Denholm

Page 1 of 2



# THIS IS WHY WE CAN'T HAVE NICE THINGS



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-362-385

**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023

---

## Title

Title of Work:   What a Knife Guy

## Completion/Publication

Year of Completion:   2018
Date of 1st Publication:   August 05, 2018
Nation of 1st Publication:   United States

## Author

• Author:   Joel Stephen Robinson
Pseudonym:   Obinsun
Author Created:   2-D artwork
Citizen of:   United States
Pseudonymous:   Yes

## Copyright Claimant

Copyright Claimant:   Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

Name:   Joel Stephen Robinson
Email:   obinsunart@gmail.com
Address:   1965 E 18th Street
Loveland, CO 80538 United States

## Certification

Name:   David Denholm

