IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOEL STEPHEN ROBINSON,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00010

Judge Jeremy C. Daniel

Magistrate Judge Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 186 | WENY Store |
| 176 | HeZeFengGangWang |
| 62 | Feixiangus |
| 209 | Geai Co. ltd |
| 210 | Yiruolin Technologies Co Ltd |
| 173 | Wookpyhgt |
| 174 | mveomtd |
| 175 | Pld LLC |
| 177 | NEGJ |
| 179 | Sunhillsgrace.Co. Ltd |
| 189 | Sagestore |
| 190 | CAKVIICA |
| 191 | WANYNG INC |
| 192 | ShengQing Co.Ltd |
| 193 | Mocelyn |
| 194 | Hxoliqit |
| 196 | Windluke |
| 197 | Me LLC |
| 201 | Vinsonshop |
| 202 | Timerunfa |

| | |
|---|---|
| 204 | Sebtyili INC |
| 40 | SUshayu |
| 81 | Jaurney |
| 149 | Peshion EKTct |
| 22 | DadaPAO |
| 37 | SINKWER |
| 99 | Aoppiot |
| 121 | Newbegins |
| 1 | apasin |
| 4 | NGVCORP |
| 181 | vovofine Co., LTD |
| 198 | LIU Clothes Store |
| 91 | Auony US |
| 98 | Lemorni |
| 25 | moumowxl |
| 92 | Wu Aizhi |
| 47 | WEYVV |
| 208 | Household daily use |
| 77 | Phikun |
| 89 | Cynagi |
| 139 | LZBRDY |
| 75 | HEXILIN |
| 178 | HeyM Co.Ltd |
| 182 | WNG |
| 183 | Lightmans Clothing |
| 187 | Yus's toy Co.Ltd |
| 203 | Kaixiangon |
| 21 | jcqiang |
| 90 | Luguiyang |
| 83 | jiangsye |

DATED: February 22, 2024      Respectfully submitted,

    */s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 22, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt