# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joel Stephen Robinson

Plaintiff,

v.

Case No.:
1:24−cv−00010
Honorable Jeremy C. Daniel

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 22, 2024:

MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Defendants SDCT, Yama.zon, Rfsm, Amazoo com, LeBao XiXi, Baopin, Jupiter Creature, Zoeng, SZSST, YDOYN, hyfz_abcd and Linfupeo−Fast motions for extension of time to respond to the complaint [52] and [58] are granted. Defendants shall answer or otherwise plead on or before 3/13/2024. Plaintiff's motion for entry of default and default judgment (excluding defedants SDCT, Yama.zon, Rfsm, Amazoo com, LeBao XiXi, Baopin, Jupiter Creature, Zoeng, SZSST, YDOYN, hyfz_abcd and Linfupeo−Fast) [41] is granted. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.